UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR98-43-WDK: USA -v-Pridgen | Date | May 29, 2008 |
|---|---|---|---|

| Present: The Honorable | WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Patricia Gomez | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| James Douglas Pridgen | Not | | Not |

**Proceedings:** (IN CHAMBERS) Order DENYING Motion to Set Aside Void Judgment

Before the Court is the motion by defendant James Douglas Pridgen to set aside the judgment denying his section 2255 petition as void. Pridgen's motion is denied as he presents no reason why the prior judgment as to the section 2255 petition is void under Federal Rule of Civil Procedure 60(b)(4). Pridgen's motion is essentially a reargument of the prior petition. A successive section 2255 petition is not allowed unless leave is granted by the Court of Appeals. See 28 U.S.C. § 2255; 28 U.S.C. § 2244. Pridgen moved the Court of Appeals for approval to file a successive petition and the motion was denied on January 23, 2007. (See COA No. 06-75221.)

Pridgen's motion is DENIED.

IT IS SO ORDERED.

|   | 0 | : | 0 |
|---|---|---|---|
|   | Initials of Deputy Clerk | | PG |

cc: